381 A.2d 897

Commonwealth v. Lawton, Appellant.

Argued September 21, 1977. Martin B. Pitkow, for appellant; Robert C. Fogelnest, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.

381 A.2d 897

Commonwealth v. Leedy, Appellant.

Argued September 16, 1977. Harry W. Reed, Jr., for appellant; F. Wolfson, Assistant District Attorney, with him George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.